IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Thompson,

    Plaintiff(s),

vs.

Ohio Department of Rehab. & Corr., et al.,

    Defendant(s).

Case Number: 1:18cv24

Judge Susan J. Dlott

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 26, 2018 a Report and Recommendation (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 8).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, this case is DISMISSED for plaintiff's failure to pay the full filing fee as ordered by the Court. Plaintiff is assessed the full filing fee of $400.00

The Clerk of Court is DIRECTED to mail a copy of this Order adopting the Report and Recommendation along with the attached instructions, to the Cashier of the Southern Ohio Correctional Facility, in Lucasville, Ohio, and that the Cashier be directed as follows:

    The prisoner's Cashier shall deduct, and forward to the Clerk of Court, 20% of the preceding month's income credited to plaintiff's account each time the amount in the

account exceeds $10.00 until the full fee has been paid.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order will not be taken in good faith. *See McGore*, 114 F.3d 601.

All remaining pending motions are DENIED as MOOT (Doc. 9).

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court